584 A.2d 224
STATE OF NEW JERSEY v. MICHAEL T. RESSA.

May 21, 1990.

Petition for certification denied.

584 A.2d 224
STATE OF NEW JERSEY v. C.W.

May 21, 1990.

Petition for certification denied.

584 A.2d 225
STATE OF NEW JERSEY v. GERALD WILLIAMS.

May 21, 1990.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Daniel Martin*, 119 *N.J.* 2, 573 *A.*2d 1359 (1990).

Jurisdiction is not retained.

584 A.2d 225
STATE OF NEW JERSEY v. TEDDY ROSE.

May 23, 1990.

This matter having come before the Court on defendant's motion for leave to appeal the trial court's refusal to admit at the impending penalty phase retrial proffered testimony by